AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| ALEX MAURICIO JAPON-JAPON, | ) | Case No.  5:25-mj-212 (MJK) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of July 19, 2025, in the county of Oswego in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry |

This criminal complaint is based on these facts:
See attached statement

☒    Continued on the attached sheet.

_____
*Complainant's signature*

Randy Aponte, Border Patrol Prosecutions Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  July 21, 2025

_____
*Judge's signature*

City and State:  Syracuse, New York

Hon. Mitchell J. Katz, U.S. Magistrate Judge
*Printed name and title*

On July 19, 2025, at approximately 3:00 a.m., local law enforcement contacted the Oswego Border Patrol Station for assistance with a subject they had encountered during a vehicle accident. The subject, later identified as JAPON-Japon, Alex Mauricio, DOB XX/XX/2001, county of birth/county of citizenship Ecuador, did not have any identification. The subject was arrested for Driving Under the Influence (DUI) of Alcohol. At the time of arrest, the Oswego Border Patrol Station ran records checks through several Department of Homeland Security databases, revealing prior immigration history for JAPON-Japon. JAPON-Japon was transported to the Onondaga County Justice Center for further processing and intake for his DUI charge.

At approximately 11:35 a.m., a United States Border Patrol Agent (BPA) responded to Onondaga County Justice Center and questioned JAPON-Japon as to his immigration status. JAPON-Japon freely admitted to being a citizen and national of Ecuador without proper immigration documents allowing him to enter or remain in the United States. At approximately 11:50 a.m., JAPON-Japon was arrested and transported to the Oswego Border Patrol station for further processing.

At the Oswego Border Patrol Station, JAPON-Japon's biographical information and fingerprints were entered into the E3/Ident/IAFIS computer systems. Buffalo Sector Communications completed criminal and immigration checks. Records checks revealed that JAPON-Japon was an Ecuadoran citizen with no legal right to be in the United States. JAPON-Japon illegally crossed into the United States on February 2, 2023, at/near Eagle pass, Texas. JAPON-Japon was apprehended by Del Rio Sector Border Patrol Agents on February 3, 2023. JAPON-Japon was processed as an Expedited Removal with credible fear and ordered removed by an Immigration Judge on February 24, 2023. He was deported via ICE Charter Flight from Alexandria, Louisiana to his home country of Ecuador on April 14, 2023.

JAPON-Japon was interviewed at the Oswego Station after receiving *Miranda* warnings. In sum and substance and as relevant to this Complaint, JAPON-Japon admitted to being previously deported to Ecuador in 2023 after illegally crossing the border near Eagle Pass, Texas and to thereafter re-entering the United States illegally. After sneaking back in through the desert a vehicle picked him up (along with several others he had crossed with). They were driven to a house where they stayed for 1-2 days, during which time JAPON-Japon said he was not free to leave. He then was driven to Upstate New York where he had a roofing job lined up, living at two different locations in Syracuse and working.

After that interview, your complainant showed JAPON-Japon part of his prior removal paperwork, including his image and signature on the prior removal documents. JAPON-Japon admitted that he was the person previously removed as reflected thereon, explaining that he lost weight and cut his hair since he was removed so looked somewhat different than the picture of him taken in 2023.